IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

MAR 07 2011

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT )<br>9607 ALBEMARLE ROAD, CHARLOTTE, )<br>NORTH CAROLINA, AS MORE )<br>PARTICULARLY DESCRIBED IN A DEED)<br>RECORDED AT BOOK 4521, PAGE 100, )<br>IN THE MECKLENBURG COUNTY )<br>PUBLIC REGISTRY )<br>                                                )<br>FILE IN GRANTOR INDEX UNDER: )<br>**PAUL A. SCOGGINS** )<br>**LINDA Y. SCOGGINS** ) | **ORDER**<br>**AND LIS PENDENS**<br><br>3:11mc17 |

WHEREAS, the United States of America, by and through Detective Jennifer LaFortune of the Charlotte-Mecklenburg Police Department, has presented an affidavit to the Court alleging that the above-captioned property was used and intended to be used to commit and to facilitate controlled substances crimes, in violation of 21 U.S.C. §801 et seq.; and,

WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property was used and intended to be used to commit such violations; and,

WHEREAS, upon this finding of probable cause, the property may be subject forfeiture to the United States pursuant to 21 U.S.C. §881(a)(7), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil forfeiture claim against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository to prevent the flight or transfer of the property so that the United States may initiate action to adjudicate forfeiture of the property; and,

USA

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future civil in rem action before this Court, and any person who has a question as to this action should contact:

United States Attorney
    for the Western District of North Carolina
Attn: William A. Brafford
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222

This the 7th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**